UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK  08 CIV 5782

|  |  |
|---|---|
| RATES TECHNOLOGY INC.       Plaintiff, | Case No.＿＿＿＿＿＿＿ |
| -v- | **Rule 7.1 Statement** |
| CORDIA CORPORATION, VOszIP, CORP., and CORDIAIP       Defendant. | RECEIVED JUN 2 6 2008 U.S.D.C. S.D.N.Y. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

RATES TECHNOLOGY INC.＿＿＿＿＿＿＿＿＿＿ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** June 26, 2008＿＿＿＿＿＿

_Signature of Attorney_

**Attorney Bar Code:** RE8941＿＿＿＿＿＿