AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__          DISTRICT OF          __NEW YORK__

**APPEARANCE**

Case Number: 08-CV-5782

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants

I certify that I am admitted to practice in this court.

_8/13/08_
Date

Signature

Todd Wengrovsky                    TW4823
Print Name                          Bar Number

285 Southfield Road, Box 585
Address

Calverton         NY          11933
City              State       Zip Code

(631) 727-3400        (631) 727-3401
Phone Number          Fax Number