UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RATES TECHNOLOGY, INC.,

                    Plaintiff,

    -against-

CORDIA CORPORATION, VOszIP CORP., and
CORDIAIP CORP.,

                    Defendants.
-------------------------------------------------------------------X

**DEFENDANTS'
RULE 7.1 STATEMENT**

Index No. 08-CV-5782

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that

(1) VOszIP CORP. is a subsidiary of CORDIA INTERNATIONAL CORP., which is a subsidiary of CORDIA CORPORATION, a publicly held corporation;

(2) CORDIAIP CORP. is a subsidiary of CORDIA CORPORATION, a publicly held corporation;

and (3) CORDIA CORPORATION is a publicly held corporation, and there is no pubic company that owns 10% of CORDIA CORPORATION stock.

Dated:  Calverton, New York.
        August 13, 2008

                                                              /s/ Todd Wengrovsky
                           .                                 Todd Wengrovsky - TW4823
                                                Law Offices of
                                                Todd Wengrovsky, PLLC.
                                                285 Southfield Road, Box 585
                                                Calverton, NY 11933
                                                Tel (631) 727-3400
                                                *Attorney for Defendants*