STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV. 5782            AND FILED ON

| | |
|---|---|
| RATES TECHNOLOGY INC.<br><br>Vs.<br><br>CORDIA CORPORATION, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                )
                                                                                         )  SS
COUNTY OF WESTCHESTER                                    )

The undersigned deponent,  being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____7/25/2008_____ at _____12:45PM_____, deponent did serve the within process as follows:

Process Served:

SUMMONS AND COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY

Party Served:

CORDIA CORPORATION                                                            (herein called recipient)
                                                                                                              therein  named.

At Location:

445 NORTH HAMILTON AVENUE, SUITE 408

WHITE PLAINS NY  10601

By delivering to and leaving with  JASON SERRANO _____ and that deponent knew the person

so served to be the    MANAGING AGENT

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex  M | Color of Skin  WH | Color of Hair  BLACK |
| Age  30 | Height  5'9" | |
| Weight  170 | Other Features | |

Sworn to before me on _____7/29/2008_____

_____

Joseph Vallone

Server's License#:    1100190

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2011

300/PS 7-1912