STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV. 5782         AND FILED ON

---

| | |
|---|---|
| RATES TECHNOLOGY INC.<br><br>                              Vs.<br><br>CORDIA CORPORATION, ET AL | Plaintiff(s)/Petitioner(s)<br><br><br>Defendant(s)/Respondent(s) |

---

STATE OF:  NEW YORK                                                    )
                                                                                      **SS**
COUNTY OF WESTCHESTER                                    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and
resides in the State of New York . On_____7/25/2008_____ at _____12:45PM_____ , deponent did
serve the within process as follows:
Process Served:

Party Served:    | SUMMONS AND COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY |
                 | VOSZIP, CORP. |                                          (herein called recipient)
                                                                             therein named.
At Location:     | 445 NORTH HAMILTON AVENUE, SUITE 408 |

                 | WHITE PLAINS NY  10601 |

By delivering to and leaving with  JASON SERRANO _____  and that deponent knew the person

so served to be the    MANAGING AGENT

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 30 | Height | 5'9" | | |
| Weight | 170 | Other Features | | | |

Sworn to before me on _____7/29/2008_____

_Deip Williams_

**GAIL WILLIAMS**
**Notary Public, State of New York**
**No. 4665052**
**Qualified in Westchester County**
**Commission Expires September 30,** 2010

_Joseph Vallone_

Joseph Vallone

Server's License#:    1100190

300 / PS 7-143