STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV. 5782    AND FILED ON

RATES TECHNOLOGY INC.

Vs.

CORDIA CORPORATION, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK  ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/25/2008 at 12:45PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY
Party Served: CORDIAIP    (herein called recipient) therein named.
At Location: 445 NORTH HAMILTON AVENUE, SUITE 408
WHITE PLAINS NY 10601

By delivering to and leaving with JASON SERRANO and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin WH    Color of Hair BLACK
Age 30    Height 5'9"
Weight 170    Other Features

Sworn to before me on 7/29/2008

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Joseph Vallone
Server's License#: 1100190

360 / PS 7 — 1464